1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12          Plaintiff,           )   D.C. NO. 2-11-cr-0533 MCE
                                )
13      v.                       )   APPLICATION FOR UNSEALING
                                )   INDICTMENT
14 DONALD G. CALLAHAN,          )
                                )
15          Defendant.           )
   _____)
16

17      On December 16, 2011, the indictment was filed in the above-

18 referenced case.  Since the defendant has now been arrested, it is

19 no longer necessary for the indictment to be sealed.  The government

20 respectfully requests that the indictment and this case be unsealed.

21 DATED: December 19, 2011         BENJAMIN B. WAGNER
                                    United States Attorney
22

23                                  By:/s/ Kyle F. Reardon
                                       KYLE F. REARDON
24                                     Assistant U.S. Attorney

25

26

27

28

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12         Plaintiff,            )   D.C. NO. 2-11-cr-0533 MCE
                                 )
13      v.                       )   [PROPOSED] ORDER FOR
                                 )   UNSEALING INDICTMENT
14  DONALD G. CALLAHAN,          )
                                 )
15         Defendant.            )
    _____)
16
17       The government's request to unseal the indictment and this case
18  is GRANTED.
19       SO ORDERED.
20  DATED: December 19, 2011          /s/ Carolyn K. Delaney
                                      HON. CAROLYN K. DELANEY
21                                    U.S. Magistrate Judge
22
23
24
25
26
27
28
```