DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DONALD CALLAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>DONALD CALLAHAN,<br><br>           Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 2:11-cr-00533-MCE<br><br>**STIPULATION AND  ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  March 22, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for DONALD CALLAHAN, that the status conference hearing date of February 23, 2012 be vacated, and the matter be set for status conference on March 22, 2012 at 9:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 22, 2012 pursuant to 18 U.S.C.

1  §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.

DATED:   February 24, 2012.              Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Matthew Scoble
                                         MATTHEW SCOBLE
                                         Designated Counsel for Service
                                         Attorney for DONALD CALLAHAN


DATED:   February 24, 2012.              BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Matthew Scoble for
                                         KYLE REARDON
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 23, 2012, status conference hearing be continued to March 22, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 22, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE