1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DONALD CALLAHAN
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      ) No. 2:11-cr-00533-MCE
11                                 )
                Plaintiff,         )
12                                 ) **STIPULATION AND ORDER;**
       v.                          ) **CONTINUING STATUS CONFERENCE**
13                                 ) **AND EXCLUDING TIME**
   DONALD CALLAHAN,                )
14                                 ) Date:  May 24, 2012
                Defendant.         ) Time:  9:00 a.m.
15 _____ ) Judge: Hon. Morrison C. England Jr.

16

17     IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, KYLE REARDON, Assistant United States

19 Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for

20 DONALD CALLAHAN, that the status conference hearing date of April 26,

21 2012 be vacated, and the matter be set for status conference on May 24,

22 2012 at 9:00 a.m.

23     The reason for this continuance is to allow defense counsel

24 additional time to review discovery with the defendant, to examine

25 possible defenses and to continue investigating the facts of the case.

26 ///

27 ///

28 ///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 24, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 16, 2012.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Matthew Scoble
                                          MATTHEW SCOBLE
                                          Designated Counsel for Service
                                          Attorney for DONALD CALLAHAN


DATED: April 16, 2012.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Matthew Scoble for
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 26, 2012, status conference hearing be continued to May 24, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the May 24, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: April 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE