BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DONALD G. CALLAHAN,<br><br>　　　　　　Defendant. | CASE NO.  2:11-CR-00533 MCE<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM SEPTEMBER 13, 2012, TO NOVEMBER 1, 2012** |

　　　The parties request that the judgment and sentencing currently set for September 13, 2012, at 9:00 a.m., be continued to November 1, 2012, at 9:00 a.m.  This continuance is necessary due to the unavailability of government counsel and the need to allow for the completion of the presentence report.

　　　The following Presentence Report disclosure schedule will apply:

|  | **Old Date** | **New Date** |
|---|---|---|
| Proposed PSR to Counsel | August 2, 2012 | September 20, 2012 |
| Informal Objections | August 16, 2012 | October 4, 2012 |

| | | |
|---|---|---|
| Response to Informal Objections and PSR Filed with the Court | August 23, 2012 | October 11, 2012 |
| Formal Objections / Motion for Correction of PSR | August 30, 2012 | October 18, 2012 |
| Reply or Statement of Non-Opposition | September 6, 2012 | October 25, 2012 |
| Judgment and Sentencing | September 13, 2012 | November 1, 2012 |

Dated: August 8, 2012                    Respectfully Submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                     By: */s/ Kyle Reardon*
                                         KYLE REARDON
                                         Assistant U.S. Attorney

Dated: August 8, 2012                    */s/ Kyle Reardon* for
                                         MATTHEW SCOBLE
                                         Attorney for Donald G. Callahan

**ORDER**

The parties' stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for September 13, 2012, at 9:00 a.m., is continued to November 1, 2012.

IT IS SO ORDERED.

Dated: August 14, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE